UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| CHELSEA JONES | CIVIL ACTION |
| VERSUS | |
| CIRCLE K STORES, INC. | NO.: 16-00691-BAJ-EWD |

## JUDGMENT

**IT IS ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of Circle K Stores, Inc., and against Chelsea Jones.

Baton Rouge, Louisiana, this 15th day of February, 2018.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

JURY